MDL, NDISPO

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00694-WYD-MJW
### Internal Use Only

Dunn v. Pfizer, Inc. et al
Assigned to: Judge Wiley Y. Daniel
Referred to: Magistrate Judge Michael J. Watanabe
Case in other court: MDL, 1699
Cause: 28:1391 Personal Injury

Date Filed: 04/05/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

David R. Dunn     represented by     **Vance Robert Andrus**
Andrus Boudreaux, PLC
1775 Sherman Street
#3100
Denver, CO 80203
303-376-6360
Fax: 303-376-6361
Email: vandrus@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Pfizer, Inc.     represented by     **Katherine Michele Anderson**
Socha Perczak Setter & Anderson, P.C.
1775 Sherman Street
#1925
Denver, CO 80203
303-832-7265
Fax: 303-832-7438
Email: kmanderson@spalegal.com

**Defendant**

Pharmacia Corporation     represented by     **Katherine Michele Anderson**
(See above for address)

**Defendant**

Monsanto Company     represented by     **Katherine Michele Anderson**
(See above for address)

**Defendant**

G.D. Searle & Company     represented by     **Katherine Michele Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | Plaintiff's Original COMPLAINT and Demand for Trial by Jury against Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company ( Filing fee $ |

| | | |
|---|---|---|
| | | 350, Receipt Number COX000461) Summons issued, filed by David R. Dunn. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(llr, ) (Entered: 04/06/2007) |
| 04/06/2007 | 2 | Letter from Clerk to MDL Panel advising case may be related to MDL 1699. (llr, ) (Entered: 04/06/2007) |
| 04/10/2007 | 3 | ORDER REFERRING CASE to Magistrate Judge Michael J. Watanabe by Judge Daniel. (wydcd, rrk) (Entered: 04/11/2007) |
| 04/11/2007 | 4 | SUMMONS Returned Executed by David R. Dunn. Pfizer, Inc. served on 4/6/2007, answer due 4/26/2007; Pharmacia Corporation served on 4/6/2007, answer due 4/26/2007; Monsanto Company served on 4/6/2007, answer due 4/26/2007; G.D. Searle & Company served on 4/6/2007, answer due 4/26/2007. (Andrus, Vance) (Entered: 04/11/2007) |
| 04/20/2007 | 5 | ORDER, Set Hearings: Scheduling Conference set for 6/8/2007 08:30 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Signed by Magistrate Judge Michael J. Watanabe on 4/20/07. (erv, ) (Entered: 04/20/2007) |
| 04/26/2007 | 6 | ANSWER to Complaint with Jury Demand by Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company.(Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 7 | CORPORATE DISCLOSURE STATEMENT by Defendants Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company. (Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 8 | Unopposed MOTION to Stay *of All Proceedings Pending Transfer to Multidistrict Litigation Proceedings* by Defendants Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Anderson, Katherine) (Entered: 04/26/2007) |
| 05/02/2007 | 10 | Letter from MDL Clerk to USDC (San Francisco) Judge Charles Breyer re: CTO-63 of this case into MDL 1699. (llr, ) (Entered: 05/07/2007) |
| 05/03/2007 | 9 | ORDER granting 8 Dfts Unopposed Motion to Stay Case Pending transfer to MDL 1699. Signed by Judge Wiley Y. Daniel on 5/3/07.(erv, ) (Entered: 05/03/2007) |
| 05/15/2007 | 11 | Letter from MDL Panel to Clerk (USDC, San Francisco) re: CTO-63, transfer to the Northern District of California and assigned to Judge Breyer. (llr, ) (Entered: 05/18/2007) |
| 06/04/2007 | 12 | Conditional Transfer ORDER (CTO-63) by Clerk of the MDL Panel filed 4/25/07 of this case into MDL 1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation pending before Judge Charles R. Breyer, USDC Northern Dist of CA. (Attachments: # 1 Transmittal Letter)(lamsl, ) (Entered: 06/06/2007) |

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 1th day of May 2007
GREGORY C. LANGHAM
By _____ Deputy