Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>David R. Dunn v. Pfizer Inc., Pharmacia Corporation, Monsanto Company and G.D. Searle & Company<br><br>07-2967 CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009     By: _____

Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561

-1-

| | |
|---|---|
| 1 | (850) 916-7450 Phone |
| 2 | (850) 932-0280 Fax |
| 3 | *Attorneys for Plaintiffs* |
| 4 | DATED: Jan. 26, 2010   By: /s/ |
| 5 | |
| 6 | **DLA PIPER LLP (US)** |
| | 1251 Avenue of the Americas |
| 7 | New York, New York 10020 |
| | Telephone: 212-335-4500 |
| 8 | Facsimile: 212-335-4501 |
| 9 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated FEB 2 2 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE